IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTOPHER S. MYERS,         )
                              )
           Plaintiff,         )       8:05CV367
                              )
     v.                       )
                              )
PIETZ TRUCKING, INC.,         )       ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to transfer this case to North Platte, Nebraska, for trial (Filing No. 6), which was supported by the affidavits of David Pietz and James Kirkpatrick (Filing Nos. 9 and 10).  No objections or opposition have been filed to said requested designation, and the Court notes that plaintiff did not designate a place of trial.

Considering the matters contained in the affidavits, the Court believes this case should be tried in North Platte. Accordingly, the Court will grant defendant's request for trial of this case in North Platte, Nebraska.

IT IS ORDERED that defendant's motion to transfer this case to North Platte, Nebraska, is granted.

DATED this 13th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court