IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER S. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV367 |
| | ) | |
| v. | ) | |
| | ) | |
| PIETZ TRUCKING, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties that the deadline to file any *Daubert* or similar motions should be extended to October 13, 2006. The Court will adopt said stipulation. Accordingly,

IT IS ORDERED that the stipulation of the parties is adopted. The deadline to file *Daubert* or other similar motions is extended to October 13, 2006.

DATED this 3rd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court