IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTOPHER S. MYERS,        )
                             )
          Plaintiff,         )        8:05CV367
                             )
     v.                      )
                             )
PIETZ TRUCKING, INC.,        )        ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to extend time within which to file a brief in opposition to defendant's Daubert motion (Filing No. 44). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until October 6, 2006, in which to file a brief in opposition to defendant's Daubert motion.

DATED this 21st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court