### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTOPHER S. MYERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV367** |
| vs. ) | |
| ) | **ORDER** |
| **PIETZ TRUCKING, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Upon notice of settlement given to the magistrate judge by plaintiff's counsel,

**IT IS ORDERED:**

1.  On or before **November 17, 2006**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Lyle E. Strom a draft order which will fully dispose of the case.

2.  Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3.  The final pretrial conference set for November 6, 2006 is hereby cancelled upon the representation that this case is settled.

**DATED October 17, 2006.**

    BY THE COURT:

    s/ F.A. Gossett
    **United States Magistrate Judge**