IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER S. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV367 |
| | ) | |
| v. | ) | |
| | ) | |
| PIETZ TRUCKING, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on the stipulation of the parties to dismiss this action with prejudice (Filing No. 49). Pursuant thereto,

    IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    DATED this 23rd day of October, 2006.

                                                BY THE COURT:

                                                /s/ Lyle E. Strom
                                                _____
                                                  LYLE E. STROM, Senior Judge
                                                  United States District Court